IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-50622
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

v.

ADNAN FAWWAZ MOHAMMAD; NASSER
HALIM, also known as Alex Halim,

                                        Defendants-Appellants.

_____

Appeal from the United States District Court
For the Western District of Texas
(EP-95-CR-541-2)
_____

June 10, 1997

Before WIENER and PARKER, Circuit Judges, and LITTLE, District
Judge.[*]

PER CURIAM:[**]

        In this direct criminal appeal, Defendants-Appellants Adnan
Fawwaz Mohammad and Nasser Halim, also known as Alex Halim, seek
reversal of their jury trial convictions and their sentences,
insisting that the evidence is insufficient to support convictions

---

        [*]District Judge of the Western District of Louisiana, sitting
by designation.

        [**]Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

on the conspiracy and predicate violations with which they are charged, asserting reversible error in evidentiary rulings of the district court, and complaining of the propriety of the sentences imposed.  We have carefully considered the record on appeal and the facts and legal arguments advanced by able counsel in their respective briefs and oral presentations to this court.  Our review convinces us that the evidence is more than sufficient to support the convictions, that the trial court committed no reversible error in the conduct of the trial, and that the sentences imposed are lawful.  The convictions of Defendants-Appellants and the sentences imposed as a result of those convictions are, therefore, AFFIRMED.